**Veritech Consulting Engineering, LLC**

www.veritecheng.com
Two Oakwood Park Plaza • Suite 200
Castle Rock, CO 80104 • Ph: 303-660-4395 • Fax 303-660-4396

STINSON.1826-0719
October 3, 2019

VIA ELECTRONIC TRANSMISSION

Laurence Stinson, Esq.
Stinson Law Group, P.C.
1421 Rumsey Avenue
Cody, WY 82414

**Engineering Report**

Re:   Case Name:           Miears v. Sysco
      Date of Accident:    June 15, 2015

Dear Mr. Stinson:

As requested, Veritech Consulting Engineering, LLC has investigated an accident involving 2013 Dodge Charger Police Cruiser, driven by Rodney Miears, and a 2003 International tractor-trailer pulling a 2014 43-foot Great Dane trailer, driven by James Friede. The accident occurred on June 15, 2015 at approximately 2:10 pm on US 14 near milepost 33 at the east entrance to the Yellowstone Valley Inn.

**Purpose:** The purpose of this report was to reconstruct the subject accident and assess the actions of Mr. Miears and Mr. Friede.

**Background:** According to the Police Report, Mr. Miears was travelling east on US 14 at approximately 65 mph. Mr. Friede was travelling west on US 14 and slowed at the east entrance to the Yellowstone Valley Inn. Mr. Friede began a left turn into the east entrance without stopping. Mr. Miears saw the tractor begin its left turn, and applied brakes and steered to his right. Mr. Miears' Dodge struck the right front of the tractor with the left front of the Dodge. Mr. Miears was injured during the collision. The accident occurred during daylight hours and the weather at the time of the accident was reportedly clear.

**Procedure:** In conducting this investigation Veritech engineers reviewed the following provided documents and photographs:

- State of Wyoming Investigator's Traffic Crash Report, case number P2015083539
- Complaint and Jury Demand
- Answer, Affirmative Defenses, and Jury Demand of Defendant Sysco Montana, Inc.
- Defendant's Discovery Responses
- Plaintiff's Discovery Responses
- Defendant's Second Supplemental Responses to Plaintiff's First Request for Production of Documents

**Exhibit 1**

STINSON.1826-0719
October 3, 2019
Page 2

- Defendant's Fourth Supplemental Rule 26 Disclosures
- Lytx video taken from Mr. Friede's International
- Airbag Control Module Data downloaded from Mr. Miears' Dodge by the Wyoming State Patrol
- Dropbox download of 10 Discs reportedly provided by Lt. Philip Farman containing photographs, dashcam video, and Lytx video
- Deposition transcript of James Charleton Kelly taken September 4, 2019, with exhibits
- Deposition transcript of James Masterson Friede taken September 5, 2019, with exhibits

**Findings and Discussion:** Based on Veritech's investigation and analysis, the following was determined:

Accident Site: The subject accident occurred on US 14 near the east entrance to the Yellowstone Valley Inn in Park County, Wyoming. In the vicinity of the accident, US 14 is a 2-lane asphalt road that runs primarily east-west. US 14 has a single travel lane in each direction separated by dashed lines. See Figure 1. According to the police report, the speed limit for US 14 is 65 mph.



**Figure 1: Google Earth aerial image depicting area of accident.**

2013 Dodge Charger: The 2013 Dodge Charger operated by Mr. Miears is a rear-wheel drive 4-door sedan with a police package. The Dodge has a Vehicle Identification Number (VIN) of 2C3 CDXAT 7 DH 577214 and has a published curb weight of 4,312

STINSON.1826-0719
October 3, 2019
Page 3

pounds. The Dodge sustained damage to its front, hood, and windshield. See Figure 2. The provided photographs show that the airbags deployed.



**Figure 2: Provided photograph of Mr. Miears' Dodge at the accident scene.**

<u>2003 International:</u> The 2003 International tractor operated by Mr. Freide is a 2003 conventional cab and was pulling a 43-foot Great Dane trailer. The International has a VIN of 2HS CBAER X 3C 059775. The Great Dane trailer was a 43-foot refrigerated trailer and has a VIN of 1GR AA842 7 FB 708437. The combined weight of the tractor-trailer in the police report was stated to be in excess of 26,000 pounds. The International sustained damage to its right front as a result of the collision. See Figure 3. The provided photographs did not indicate damage to the trailer.


STINSON.1826-0719
October 3, 2019
Page 4



**Figure 3: Provided photograph of Mr. Friede's International at the accident scene.**

**Accident Reconstruction:** During the Wyoming State Patrol's investigation of the accident, the impact area, skid marks from the Dodge, and vehicle points of rest were measured and used to create a scale diagram. This diagram, along with a scaled aerial image, were used by Veritech engineers in PC-Crash simulation software to calculate the time-space relationship between the Dodge and the International for the 8 seconds prior to impact.

The Wyoming State Patrol downloaded the Dodge's Airbag Control Module (ACM). The Dodge ACM provides 5 seconds of pre-impact data in 0.1 second intervals, as well as the longitudinal and lateral change in speed ($\Delta V$) due to the impact. The data indicates that Mr. Miears had his cruise control on 5 seconds prior to impact and his speed was 64-65 mph. Mr. Friede's truck recorded video for 8 seconds prior to impact, while the ACM module recorded 5 seconds of pre-impact data. For the time-space analysis, it was assumed that Mr. Miears had the cruise control on prior to the start of the ACM data and that his speed was also 64-65 mph during the preceding 3 seconds. The ACM data indicates that Mr. Miears applied his brakes 0.9 seconds prior to impact and the Dodge slowed from 64 mph to 54 mph at impact. The ACM recorded a longitudinal $\Delta V$ of 42.3 mph and a lateral $\Delta V$ of 14.9 mph. The total $\Delta V$ was therefore approximately 45 mph and the principal direction of force to the Dodge was approximately 20 degrees to the left of straight ahead.

STINSON.1826-0719
October 3, 2019
Page 5


The Lytx video provided from the International was used to reconstruct the motion of the International for the 8 seconds preceding impact. The Lytx video shows the view out of the front of the truck as well as video of the driver. See Figure 4. The Lytx file also shows lateral and longitudinal accelerations for the truck as well as a GPS derived speed.



**Figure 4: Screen capture from provided Lytx file.**

Based on the provided video, the International was travelling approximately 16 mph at a point 8 seconds prior to impact. The truck slowed to approximately 13 mph in 3.5 seconds at which time Mr. Friede began his left turn. The truck continued to slow through the turn and was travelling approximately 8 mph at impact.

**Driver Actions:** The ACM data and the Lytx data were used to reconstruct the motion of both vehicles in PC-Crash simulation software up to the point of impact. The actions of both drivers could then be considered in light of the time-space relationship between the two vehicles.

Mr. Miears: The ACM data indicates that Mr. Miears applied his brakes 0.9 seconds prior to impact. Assuming a perception-reaction time of 1.5 seconds, Mr. Miears likely perceived that the International was a hazard approximately 2.4 seconds prior to impact when the Dodge was approximately 275 feet from the International. Analysis indicates that at that point in time, the International had begun turning left and its left front corner was approaching the centerline of US 14. Therefore, Mr. Miears was likely attentive and reacted to the hazard at a reasonable point in time and space.

STINSON.1826-0719
October 3, 2019
Page 6

Mr. Friede: The Lytx video shows that Mr. Friede turned his head and began looking out the driver's side window approximately 7.5 seconds before impact. At that point, the Dodge was approximately 850 feet from the International. See Figure 5.



**Figure 5: Screen capture from Lytx video showing Mr. Friede's direction of scan at 7.5 seconds prior to impact.**

Mr. Friede continued to look out the side window until approximately 6.75 seconds before
impact. At that time, he looks forward, but he appears to be looking at the dash rather than out the front window. At that point, the Dodge was approximately 745 feet from the International. See Figure 6.

STINSON.1826-0719
October 3, 2019
Page 7



**Figure 6: Screen capture from Lytx video showing Mr. Friede's direction of scan at 6.75 seconds prior to impact.**

Mr. Friede then begins looking out the driver's side window approximately 5.5 seconds prior to impact, and he continues looking left until 3.5 seconds prior to impact. At that time, Mr. Friede initiates his left turn. When Mr. Friede initiates his left turn, the Dodge is 375 feet from the International. See Figure 7



**Figure 7: Screen capture from Lytx showing Mr. Friede's direction of scan as he initiates the left turn.**

STINSON.1826-0719
October 3, 2019
Page 8


At the time he initiated his turn, Mr. Friede was travelling approximately 13 mph. From that speed, Mr. Friede could stop his truck in approximately 11 feet with full braking. Since he was already braking, his perception-reaction time would be lower, and the air brakes would already be pressurized, thus further lowering the time it would take for him to stop. However, even allowing for a 1.5 second perception-reaction time, had Mr. Friede properly perceived oncoming traffic as he started to turn left, the Dodge would have been visible, and Mr. Friede likely could have stopped in approximately 40 feet. Therefore, a review of the Lytx video indicates that Mr. Friede did not actively look for oncoming traffic for approximately 7.5 seconds before impact. Furthermore, even if he delayed his search for oncoming traffic until he started his turn, had he properly perceived the oncoming traffic he could have aborted his turn and stopped his truck prior to crossing the centerline.

**Conclusions:** Based on the available evidence, and this engineer's training, education, and experience, the following conclusions were reached:

- Mr. Miears' Dodge was likely travelling approximately 54 mph at impact.

- Mr. Miears' Dodge experienced a $\Delta V$ of approximately 45 mph with a principal direction of force approximately 20 degree left of straight ahead.

- Mr. Miears reaction to the International truck indicates he was likely attentive and reacted at a reasonable point in time and space.

- Mr. Friede failed to properly perceive oncoming traffic.

- Had Mr. Friede properly perceived the oncoming traffic, he could have aborted his turn, stopped his truck, and avoided the accident.

The opinions and conclusions expressed in this report are to a reasonable degree of engineering certainty and are based on the evidence available to these engineers as of the date of this report. These engineers reserve the right to amend and/or modify the conclusions contained in this report as additional information becomes available.

Sincerely,

VERITECH CONSULTING ENGINEERING, LLC


Jeffrey K. Ball, Ph.D., P.E.
Principal Engineer

**www.veritecheng.com**
**2 Oakwood Park • Suite 200**
**Castle Rock, CO 80104 • Ph: 303-660-4395 • Fax 303-660-4396**

# JEFFREY K. BALL, Ph.D., P.E.

**EDUCATION:**
Ph.D. Engineering Science, Oxford University, Oxford, England, 1998, specialty in combustion modeling and misfire detection in spark ignition engines.
M.S. Engineering, Purdue University, West Lafayette, Indiana, 1992, emphasis in acoustics and active vibration control.
B.Sc. Engineering Mechanics, U.S. Air Force Academy, Colorado, 1983, emphasis in aircraft structural analysis and design.

**REGISTRATION:**
Professional Engineer in the states of Colorado and Mississippi.
Graduate of the United States Air Force (USAF) Accident Investigation Board President Course, certified to conduct aircraft accident investigations for the USAF.
Board Certified in Forensic Engineering by the National Academy of Forensic Engineers (NAFE).

**EXPERIENCE:**
Principal Engineer, Veritech Consulting Engineering, LLC, Castle Rock, CO, April 2008 to Present
Vice President, Mechanical Engineering, Knott Laboratory, LLC, Centennial, Colorado, September 2006 to April 2008
Manager, Mechanical Engineering, Knott Laboratory, LLC, Centennial, Colorado, April 2005 to September 2006
Senior Engineer, Knott Laboratory, Inc., Centennial, Colorado, 2003 to April 2005
Deputy Department Head, Associate Professor, Instructor Pilot, USAF Academy, Colorado, 1998 to 2003
Graduate Student, Oxford University, England, 1995-1998
Assistant Professor, Executive Officer, Instructor Pilot, USAF Academy, Colorado, 1993-1995
Graduate Student, Purdue University, West Lafayette, Indiana, 1991-1992
Instructor Pilot/Flight Examiner, AT-38B, 479th Tactical Training Wing, Holloman Air Force Base, New Mexico, 1988-1991
F-4E Pilot, 334th Tactical Fighter Squadron, Seymour-Johnson Air Force Base, North Carolina, 1985-1988
F-4D Pilot, 308th Tactical Fighter Squadron, Homestead Air Force Base, Florida, 1984-1985
Student, Euro-NATO Joint Jet Pilot Training, Sheppard Air Force Base, Texas, 1983-1984

**ENGINEERING AND DESIGN:**
At the United States Air Force Academy, Dr. Ball taught machine design, product design, automotive engineering, thermodynamics, statics, strength of materials, and dynamics. Dr. Ball supervised students in the design, test and operation of a race car for the Society of Automotive Engineers' (SAE) Formula competition and an off-road vehicle for the SAE Mini Baja competition. He conducted research, modeling, and testing on internal combustion engine performance, and directed a research project for the USAF on alternative powerplants for unmanned aerial vehicles. He is also experienced in mechanical design evaluation and analysis, material strength, and failure analysis. Dr. Ball has evaluated and analyzed heavy vehicles such as tractor-trailers, refuse trucks, dump trucks, front end loaders, delivery vehicles, and trains. These evaluations included design, safety systems, and operator interaction with these heavy vehicles. Dr. Ball has testified in State and Federal court in the areas of vehicular accident reconstruction, mechanical engineering, and patent and trade secret issues.

**ACCIDENT RECONSTRUCTION:**
Dr. Ball conducts and directs investigations of vehicular accidents, which include automobiles, commercial vehicles, trains, motorcycles, bicycles and pedestrians, as well as industrial accidents and machinery failures. He is experienced in analysis of vehicle speeds, crush damage, crashworthiness, occupant compartment intrusion, driver reaction, time/space relationships and analysis, as well as photogrammetry. He has investigated hundreds of accidents involving vehicle dynamics, vehicle safety, and visibility studies. Frequent aspects of these investigations involve failures or malfunction of brakes, tires, seat belts, and airbags. Dr. Ball also has working experience with engine, drive train, and suspension failure analysis. In addition, Dr. Ball led a team investigating the structural failure and crash of a glider at the USAF Academy.

**ACHIEVEMENTS:**
Dr. Ball has given presentations and lectures at a number of national and international technical conferences, including the Society of Automotive Engineers' World Congress in Detroit, Michigan, and at the Institution of Mechanical Engineer's AUTOTECH conference in Birmingham, England. Dr. Ball has authored numerous technical publications and articles, several which have been published in the Society of Automotive Engineers' Technical Paper Series and the Institution of Mechanical Engineers' Journal of Automotive Engineering. In 1998 the Institution of Mechanical Engineers awarded Dr. Ball the Crompton-Lanchester Medal for the outstanding paper on an automotive topic. Dr. Ball has also co-authored a textbook on Automotive Engineering Fundamentals published by the Society of Automotive Engineers. Dr. Ball retired from the USAF after 20 years of service as a Command Pilot with over 2000 hours of pilot and instructor time in gliders, TG-7A, T-37, T-38, AT-38B, F- 4D, and F-4E aircraft. He currently holds FAA ratings as a commercial pilot.

**PROFESSIONAL AFFILIATIONS:**
Dr. Ball is a member of the following technical and professional societies:

**NAFE** - National Academy of Forensic Engineers
**NSPE** - National Society of Professional Engineers, Member
**ASME** - American Society of Mechanical Engineers
**SAE** - Society of Automotive Engineers, Member
**NAPARS** - National Association of Professional Accident Reconstruction Specialists
**ΤΒΠ** - Tau Beta Pi Engineering Honor Society, Member

www.veritecheng.com
2 Oakwood Park • Suite 200
Castle Rock, CO 80104 • Ph: 303-660-4395 • Fax 303-660-4396

# JEFFREY K. BALL, Ph.D., P.E.

## PUBLICATIONS

1. Ball, Jeffrey K., Kittel, Mark H., Buss, Trevor J., Weiss, G., "Analysis of Video Event Recorder Data Used for Accident Reconstruction," SAE Paper 2014-01-2388. (2014)

2. Ball, Jeffrey K., Danaher, David A., Buss, Trevor J., "Full-Scale Testing and Analysis of Tractor-Trailer Braking Performance With and Without Trailer Anti-Lock Brakes," SAE Paper 2010-01-1891. (2010).

3. Danaher, David A., Buss, Trevor J., Ball, Jeffrey K. "Operation of the Eaton VORAD Collision Warning System and Analysis of the Recorded Data." SAE Paper 2009-01-2911. (2009).

4. Ziernicki, Richard M. and Jeffrey K. Ball. "Limitations of the Possibility of Applying the Monte Carlo Simulation in Vehicle Accident Reconstruction." XVI EVU Annual Meeting. Krakow, Poland. (9 November 2007).

5. Ball, Jeffrey K., David A. Danaher, and Richard M. Ziernicki, "A Method for Determining and Presenting Driver Visibility in Commercial Vehicles." SAE Paper 2007-01-4232. (2007).

6. Ziernicki, Richard M., Danaher, David A., and Ball, Jeffrey K.. "Forensic Engineering Evaluation of Physical Evidence in Accident Reconstruction." Journal of the National Academy of Forensic Engineers. (July 2007).

7. Ball, Jeffrey K., David A. Danaher and Richard M. Ziernicki. "Considerations for Applying and Interpreting Monte Carlo Simulation Analyses in Accident Reconstruction." SAE Paper 2007-01-0741. (2007).

8. Ball, Jeffrey K., and Richard Ziernicki. "An Innovative Technique for Using Experts in Patent Litigation." Intellectual Property Today (Sept. 2004).

9. Ball, Jeffrey K., Martin J. Bowe, C. R. Stone, and Nick Collings. "Validation of a Cyclic NO Formation Model with Fast NO Measurements." SAE Transactions, Journal of Fuels and Lubricants, Paper 2001-01-1010 (2001).

10. Ball, Jeffrey K., Martin J. Bowe, C. R. Stone, and Peter D. McFadden. "Torque Estimation and Misfire Detection using Block Angular Acceleration." SAE Transactions, Journal of Engines, Paper 2000-01-0560 (2000).

11. Ball, Jeffrey K., C. R. Stone, and Robert R. Raine. "A Technique for Estimating Completeness of Combustion and its Use in Modeling Cycle-by-Cycle Variations in Combustion." SAE Paper 2000-01-0953 (2000).

12. Ball, Jeffrey K., C. R. Stone and Nick Collings. "Cycle-by-Cycle Modeling of NO Formation and Comparison with Experimental Data." Proc. I. Mech. E. Pt. D, Journal of Auto. Eng. Vol. 213 (1999): 175-189.

13. Ball, Jeffrey K., Robert R. Raine, and C. R. Stone. "Combustion Analysis and Cycle-by-Cycle Variations in Spark Ignition Engine Combustion, Part I: An Evaluation of Combustion Analysis Routines by Reference to Model Data." Proc. I. Mech. E. Pt. D, Journal of Auto. Eng. Vol. 212 (D5) (1998): 381-399.

14. Ball, Jeffrey K., Robert R. Raine, and C. R. Stone. "Combustion Analysis and Cycle-by-Cycle Variations in Spark Ignition Engine Combustion, Part II: A New Parameter for Completeness of Combustion and its Use in Modeling Cycle-by-Cycle Variations in Combustion." Proc. I. Mech. E. Pt. D, Journal of Auto. Eng. Vol. 212 (D6) (1998): 507-523.

15. Stone, C. R., Jeffrey K. Ball, A. Hatchman, R. McCord, N. C. Pashley, Robert R. Raine, and R. Williams. "Combustion Analysis in the Rover K4 Optical Engine." AutoTech '97, Paper L16/C524-33 (Nov 1997): 4-6.

16. Ball, Jeffrey K., M. L. Nowack, and M. H. Brady. "Engineering Mechanics 290: Teaching Design at the U.S. Air Force Academy." Proceedings. 1994 ASME Curriculum Innovation Awards (1994): 19-22.

17. Ball, Jeffrey K., and James D. Jones. "A Comparison of Shaped Piezoelectric Actuators for Divergence Control." Journal of Intelligent Material Systems and Structures. 6(5) (1995): 598-609.

**TECHNICAL CONFERENCES AND PRESENTATIONS**

1. "Analysis of Video Event Recorder Data Used for Accident Reconstruction," Presenter. SAE Commercial Vehicle Congress. Chicago, IL. 8 Oct. 2014.

2. "The Use of Photogrammetry and Video Tracking in Forensic Science," Presenter, Department of Engineering Science, Oxford University, U.K., June 13, 2014

3. "Accessing and Interpreting Heavy Vehicle Event Data Recorders," Society of Automotive Engineers (SAE). Training and Certification. Cerritos, CA. 12-16 Dec. 2011.

4. "Full-Scale Testing and Analysis of Tractor-Trailer Braking Performance With and Without Trailer Anti-Lock Brakes," Presenter. SAE Commercial Vehicle Congress. Chicago, IL. 6 Oct. 2010.

5. SAE 2009 Heavy Truck Handling, Dynamics & Control Symposium, Greenville, SC, 4-8 May, 2009.

6. "Limitations of the Possibility of Applying the Monte Carlo Simulation in Vehicle Accident Reconstruction." Speaker. XVI EVU Annual Meeting. Krakow, Poland. 9 Nov. 2007.

7. "A Method for Determining and Presenting Driver Visibility in Commercial Vehicles." Society of Automotive Engineers (SAE). Presenter. SAE Commercial Vehicle Congress. Chicago, IL. 31 Oct. 2007.

8. "Forensic Engineering Evaluation of Physical Evidence in Accident Reconstruction." Presenter. National Academy of Forensic Engineers Annual Meeting (NAFE). Denver, CO. 28 Jul. 2007.

9. "Considerations for Applying and Interpreting Monte Carlo Simulation Analyses in Accident Reconstruction" Presenter. SAE 2007 World Congress. Detroit, MI (16-19 Apr. 2007).

10. AIRP Standard Committee Meeting. "Society of Automotive Engineers (SAE). Seminar: International Congress and Exposition. Cobo Hall, Detroit, MI. 18 Apr. 2007.

11. "Commercial Vehicle Braking Systems." Society of Automotive Engineers (SAE). Training and Certification. Detroit, MI. 16-18 Apr. 2007.

12. "Engineering Experts: Who Should You Hire and What Should They Do?" Presenter. Waste Management Litigation Conference. New Orleans, LA. 18 May 2006.

13. "FOCUS ON TRIAL - What Works at the Crossroads of Your Case?" Presenter. ALFA Transportation Seminar. Lake Las Vegas, NV. 27 Apr 2006.

14. "Vehicle Accident Reconstruction." Society of Automotive Engineers (SAE). Seminar: International Congress and Exposition. Cobo Hall, Detroit, MI. 3-5 Apr 2006.

15. SAE Accident Investigation and Reconstruction Practices Committee, Joe Marsh, Sponsor, "Equidistant Crush Measurement Techniques", SAE Standard J2433, Society of Automotive Engineers 2006.

16. "Using Photogrammetric Animations to Effectively Present Your Accident Reconstruction to the Jury", Presenter. American Bar Association's Emerging Issues in Motor Vehicle Product Liability Conference. Phoenix, AZ. 1 Apr 2005.

17. "Vehicle Accident Reconstruction: The State of the Art", Presenter. Utah Defense Lawyer's Association. Salt Lake City, UT. 12 Nov 2004.

18. "Vehicle Accident Reconstruction." Society of Automotive Engineers (SAE). Seminar: International Congress and Exposition. Cobo Hall, Detroit, MI. 8-11 Mar 2004.

19. "Vauxhall 14-40: An 80th Year Review of its Technology." Presented paper 2002-01-0452. SAE 2002 World Congress. Detroit, MI (5-8 Mar 2002).

20. "Torque Estimation and Misfire Detection using Block Angular Acceleration." Presenter. SAE 2000 World Congress. Detroit, MI (6-9 Mar 2000).

21. "A Technique for Estimating Completeness of Combustion and its Use in Modeling Cycle-by-Cycle Variations in Combustion." Presenter. SAE 2000 World Congress. Detroit, MI (6-9 Mar 2000).

2

**INTERNAL REPORTS/NON-REFEREED PAPERS**

1. Ball, Jeffrey K., Robert R. Raine, and C. R. Stone. "Combustion Analysis and Cycle-by-Cycle Variations in Spark Ignition Engine Combustion." Report to the Engineering and Physical Sciences Research Council (EPSRC) UK (1997).
2. Ball, Jeffrey K., R. McCord, C. R. Stone, and R. Williams. "Combustion Photography in the Rover K4 Optical Engine." Department of Engineering Science University of Oxford (1996).

**TEXTBOOKS AND THESIS**

1. Ball, Jeffrey K., and C. R. Stone. *Automotive Engineering Fundamentals*. Warrendale, PA: Society of Automotive Engineers, Inc., Jun 2004.
2. Ball, Jeffrey K. "Cycle-by-Cycle Variation in Spark Ignition Internal Combustion Engines.". University of Oxford, UK, D. Phil. Thesis 1998.

Expert Testimony for Jeffrey K. Ball, Ph.D., P.E.
Since July 1, 2003

| Date of Testimony | Trial | Hrng | Arb | Depo | Type | Description | Job Number | Client | Case No | District/City/State |
|---|---|---|---|---|---|---|---|---|---|---|
| **2019** | | | | | | | | | | |
| 6/13 | | | | X | TRADE | Shuttlewagon Inc. vs. Higgins et al. | Yeretsky.1803 | Plaintiff | 1816-CV07674 | Circuit Court, Jackson County, Missouri |
| 5/13 | | | | X | VAR | Weber vs. BNSF | Nicastro.1764 | Defendant | DV 17-1668 | Montana Thirteenth Judicial District Court Yellowstone County |
| Year count | 0 | 0 | 0 | 2 | | | | | | |
| **2018** | | | | | | | | | | |
| 10/29 | X | | | | MECH | Canadian Pacific vs. Knoedler, et al. | Mohan.1560 | Plaintiff | 1:11-cv-314 | District Court for Western District of Pennsylvania |
| 10/19 | | | | X | MECH | Pineda vs. Waste Management | Coschignano.1669 | Defendant | 2017-005706-CA-01 | Circuit Court Miami-Dade County, Florida |
| 10/12 | | | | X | VAR | Lindor et al. vs. Titan et al. | Latimer.1615 | Defendant | 16-18415 CA 06 | Circuit Court Miami-Dade County, Florida |
| 10/8 | | | | X | VAR | O'Donnell vs. Key Energy | Fenech.1655 | Defendant | M129923 | Superior Court, Monterey County, California |
| 9/21 | | | | X | VAR | Dittrich vs. Waste Management | Rogowicz.1712 | Defendant | 16JE-CC00325 | Circuit Court, Jefferson County, Missouri |
| 8/2 | X | | | | VAR | Wynn vs. BNSF | Ast.1674 | Defendant | 15CA-CC00241 | Circuit Court, Cass County, Missouri |
| 6/26 | | | | X | VAR | Wynn vs. BNSF | Ast.1674 | Defendant | 15CA-CC00241 | Circuit Court, Cass County, Missouri |
| 5/25 | | | | X | TRADE | TAL vs. ITW | Gottschalk.1646 | Defendant | 5: 15-cv-00282-FL | Circuit Court, Eastern District of North Carolina, Western Division |
| Year count | 2 | 0 | 0 | 6 | | | | | | |
| **2017** | | | | | | | | | | |
| 10/9 | | | | X | VAR | Jama vs. Carroll, et al. | Venker.1297 | Defendant | 15PH-CV01234 | Circuit Court, Phelps County, Missouri |
| 4/25 | | | | X | ANIM | Tafoya vs. New Prime, et al. | Baker.1611 | Plaintiff | D-412-CV-2015-00190 | District Court, San Miguel County, New Mexico |
| 3/13 | X | | | | MECH | Canadian Pacific vs. Knoedler, et al. | Mohan.1560 | Plaintiff | 27-CV-14-8066 | District Court, Hennepin County, Minnesota |
| 1/26 | | | | X | MECH | Canadian Pacific vs. Knoedler, et al. | Mohan.1560 | Plaintiff | 1:11-cv-314 | District Court for Western District of Pennsylvania |
| Year count | 1 | 0 | 0 | 3 | | | | | | |
| **2016** | | | | | | | | | | |
| 10/5 | X | | | | VAR | Ross vs. Jeschke Ag Service | Accurso.1448 | Plaintiff | 1516-CV00847 | Circuit Court, Jackson County, Missouri |
| 8/30 | X | | | | VAR | Pearson vs. Waste Management of Oregon | Crosby.1558 | Defendant | 15CV18258 | Circuit Court, Multnomah County, Oregon |
| 8/2 | X | | | | VAR | Conklin vs. Raya and Metro Mix | Whalen.1505 | Plaintiff | 2015CV30397 | District Court, Denver County, Colorado |
| 5/25 | | | | X | VAR | Ross vs. Jeschke Ag Service | Accurso.1448 | Plaintiff | 1516-CV00847 | Circuit Court, Jackson County, Missouri |
| 2/11 | | | | X | VAR | Voss vs. Alpine Waste | Hall.1542 | Defendant | 15CV30127 | District Court, Arapahoe County, Colorado |
| Year count | 3 | 0 | 0 | 2 | | | | | | |
| **2015** | | | | | | | | | | |
| 12/9 | | | | X | VAR | Abraham vs. Graebel Van Lines | Yarbrough.1524 | Defendant | 14-CV-197-S | District Court, District of Wyoming |
| 10/27 | X | | | | VAR | Wilson vs. Union Pacific RR | Leff.1403 | Defendant | 11AG-CC-00056 | District Court, Grundy County, Missouri |
| 9/4 | X | | | | MECH | Harrison vs. BNSF | Knight.1467 | Defendant | 2014CV30752 | District Court, City and County of Denver, Colorado |
| 6/9 | | | | X | PATENT | Sky Zone vs. Sky High | Rawat.1499 | Defendant | 3:11-cv-00141-LRH-WGC | District Court, District of Nevada |
| 5/19 | | | | X | VAR | Ochsner vs. BNSF | Cook.1417 | Defendant | CJ-2011-103 | District Court, Pawnee County, Oklahoma |
| 5/13 | | | | X | MECH | Viehland vs. Kimble Mixer, Inc., et al. | Avellino.1503 | Defendant | 13AB-CC00118 | Circuit Court, Franklin County, Missouri |
| 4/10 | | | | X | VAR | Tafoya vs. OBM Transport, et al. | Wosick.1447 | Defendant | D-412-CV-2012-00055 | District Court, San Miguel County, New Mexico |
| Year count | 2 | 0 | 0 | 5 | | | | | | |

Expert Testimony for Jeffrey K. Ball, Ph.D., P.E.
Since July 1, 2003

|    | A | B | C | D | E | F | G | H | I | J | K |
|----|---|---|---|---|---|---|---|---|---|---|---|
| 38 | **2014** | | | | | | | | | | |
| 39 | 12/16 | | | | X | VAR | Chavez vs. Singh | Gittler.1441 | Defendant | S-1500-CV-277991 | Superior Court, Los Angeles County, California |
| 40 | 10/20 | X | | | | VAR | Schnittgen vs. BNSF | Nicastro.1391 | Defendant | ADV 13-168 | District Court, Cascade County, Montana |
| 41 | 10/3 | | | | X | VAR | Trice vs. WUMC | Leming.1334 | Defendant | 1222-CC01826 | Circuit Court, St. Louis, Missouri |
| 42 | 8/5 | X | | | | PATENT | In the Matter of Certain Soft-Edged Trampolines | DelMonaco.1424 | Defendant | 337-TA-908 | U.S. International Trade Commission, Washington, DC |
| 43 | 6/30 | X | | | | VAR | Haley vs. Morie, et al. | Hunter.1303 | Plaintiff | 11JE-CC01070 | Circuit Court, Jefferson County, Missouri |
| 44 | 6/25 | X | | | | VAR | Winchester vs. BNSF | Beam.1241 | Defendant | CI 11 644 | District Court, Scotts Bluff County, Nebraska |
| 45 | 6/23 | | | | X | ANIM | Wilson vs. Union Pacific RR | Leff.1403 | Defendant | 11AG-CC-00056 | District Court, Grundy County, Missouri |
| 46 | 6/19 | | | | X | PATENT | In the Matter of Certain Soft-Edged Trampolines | DelMonaco.1424 | Defendant | 337-TA-908 | U.S. International Trade Commission, Washington, DC |
| 47 | 6/10 | | | X | | PATENT | Bensons vs. World Wide Stationery | Sinclair.1400 | Defendant | ARB 085/11/NAB | Singapore International Arbitration Centre, London, UK |
| 48 | 5/12 | X | | | | VAR | Giovanni vs. BNSF | Coates.1318 | Defendant | 11 CV 1894 | District Court, Wyandotte County, Kansas |
| 49 | 4/29 | X | | | | VAR | Stubbs vs. Carman | Troshynski.1385 | Plaintiff | CI 11-092 | District Court, Furnas County, Nebraska |
| 50 | 3/17 | X | | | | SFTY | Graham vs. Coca Cola | Cialkowski.1394 | Defendant | 27-CV-13-8253 | District Court, Hennepic County, Minnesota |
| 51 | 2/7 | | | | X | VAR | Giovanni vs. BNSF | Coates.1318 | Defendant | 11 CV 1894 | District Court, Wyandotte County, Kansas |
| 52 | 2/4 | | | | X | VAR | Haley vs. Morie, et al. | Hunter.1303 | Plaintiff | 11JE-CC01070 | Circuit Court, Jefferson County, Missouri |
| 53 | Year count | 7 | 0 | 1 | 6 | | | | | | |
| 54 | **2013** | | | | | | | | | | |
| 55 | 7/23 | | | | X | VAR | Lopez vs. Rude Dog Bar and Grill | Pedersen.1340 | Defendant | KC-063444 | Superior Court, Los Angeles County, California |
| 56 | 3/12 | | | | X | VAR | Wood vs. Metal Container Corp. | Hunter.1277 | Defendant | 10JE-CC01033 | Circuit Court, Jefferson County, Missouri |
| 57 | 2/12 | | | | X | VAR | Wesley vs. Metadigm Services | LaRocca.1271 | Defendant | CJ-2012-8 | District Court, Ottawa County, Oklahoma |
| 58 | 1/30 | X | | | | VAR | Chastain vs. Waste Management | Hatcher.1119 | Defendant | CJ-08-117 | District Court, Cleveland County, Oklahoma |
| 59 | Year count | 1 | 0 | 0 | 3 | | | | | | |
| 60 | **2012** | | | | | | | | | | |
| 61 | 9/27 | X | | | | PATENT | World Wide Stationery vs. Bensons International | Rabenberg.1249 | Plaintiff | 3:11-cv-00523-JZ | District Court, Northern Ohio Western Division |
| 62 | 8/20 | | | | X | VAR | Piccoli vs. Waste Management vs. Country Preferred | Fayollat.1153 | Plaintiff | 10-L-236 | Circuit Court, Peoria County, Illinois |
| 63 | 8/2 | | | | X | PATENT | World Wide Stationery vs. Bensons International | Rabenberg.1249 | Plaintiff | 3:11-cv-00523-JZ | District Court, Northern Ohio Western Division |
| 64 | 3/12 | | | | X | VAR | Brockett vs. Vandalia Railroad | Williams.1223 | Defendant | 09-L-05 | Circuit Court, Fayette County, Illinois |
| 65 | Year count | 1 | 0 | 0 | 3 | | | | | | |
| 66 | **2011** | 2 | | | 6 | | | Plaintiff | 2 | Defendant | 6 |
| 67 | **2010** | 1 | | 1 | 8 | | | Plaintiff | 4 | Defendant | 6 |
| 68 | **2009** | 1 | | | 5 | | | Plaintiff | 2 | Defendant | 4 |
| 69 | **2008** | 1 | 1 | | 5 | | | Plaintiff | 4 | Defendant | 3 |
| 70 | **2007** | 4 | | | 5 | | | Plaintiff | 3 | Defendant | 6 |
| 71 | **2006** | 1 | | | 5 | | | Plaintiff | 3 | Defendant | 3 |
| 72 | **2005** | | | | 3 | | | Plaintiff | 3 | Defendant | 0 |
| 73 | **2004** | | | | 3 | | | Plaintiff | 1 | Defendant | 2 |

|   | Total for Mr. Ball since 1/1/2004  Testified | | | | | Clients | | |
|---|---|---|---|---|---|---|---|---|
|   | **Trial** | **Hrng** | **Arb** | **Depo** | | **Total** | **For Plaintiff:** | **For Defendant:** |
|   | 27 | 1 | 2 | 70 | | 100 | 36 | 64 |



www.veritecheng.com
Two Oakwood Park Plaza • Suite 200
Castle Rock, CO 80104 • Ph: 303-660-4395 • Fax 303-660-4396

## PROFESSIONAL HOURLY BILLING RATES

| Engineer | Investigation and Analysis | Testimony |
|---|---|---|
| Jeffrey K. Ball, Ph.D., P.E. | $325.00 | $375.00* |
| Mark H. Kittel, P.E. | $290.00 | $350.00* |
| Joseph Tremblay, P.E. | $185.00 | $225.00* |
| J. Ted Archuleta | $150.00 | N/A |
| Support Staff | $60.00 | N/A |

*Veritech Consulting Engineering, LLC. requires a **non-refundable** deposit of 2 hours of testimony time to be paid prior to the deposition or trial.

## OTHER FEES

| | | |
|---|---|---|
| **FILE ADMIN FEE** | $150.00 | Applied to every new file. Covers digital camera use, in-house printing, software fees and file opening fee |

| IN-HOUSE SERVICES | | CONTRACT SERVICES | |
|---|---|---|---|
| **TRAVEL** | | **TESTING SERVICES** | |
| Travel Time | Billed "door to door" at Engineer's standard billing rate | Testing materials | Cost plus 10% |
| Travel Expenses | Cost plus 10% | Equipment Rental | Cost plus 10% |
| Personal Vehicle Mileage | $0.58 per mile | | |
| **ANIMATION AND GRAPHICS** | | **CONSULTING** | |
| Animation | Per quoted rate | Outside Consultants | Cost plus 10% |
| Rendering Services | $250 per session | | |
| Models, Graphics, Court Exhibits | Per quoted rate | | |
| **EQUIPMENT USE FEE** | | **LEGAL EVIDENCE** | |
| CDR Equipment (airbag module download) | $100.00 | Storage of Legal Evidence | Cost plus 10% |
| Survey Equipment | $100.00 per survey | | |

VERITECH FEE SCHEDULE EFFECTIVE JAN 1, 2019
Rates subject to change