Jeff S. Meyer, WSB No. 6-4280
Schwartz, Bon, Walker & Studer, LLC
141 S. Center St., Ste. 500
Casper WY  82601
307-235-6681 | Fax: (307) 234-5099
jmeyer@schwartzbon.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RODNEY MIEARS and MARIAN MIEARS, husband and wife, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No.: 18-CV-225F |
| SYSCO MONTANA, INC., | ) ) ) |
| Defendant. | ) |

### DEFENDANT'S DESIGNATION OF EXPERT WITNESSES

COMES NOW Defendant, Sysco Montana, Inc. ("Defendant"), and pursuant to the Court's *Order on Initial Pretrial Conference* dated March 21, 2019, hereby provides its designation of expert witnesses as follows:

1. **Robert A. Narotzky, MD, FAANS**
   **Neurosurgical Consulting Services, LLC**
   **1680 Harrison Meadow Rd**
   **Bozeman, MT 59715**
   **(307) 262-6171**

Dr. Narotzky is a board-certified neurological surgeon.  He has reviewed materials pertaining to this matter.  Dr. Narotzky's report is attached hereto as Exhibit A and incorporated herein.  He is expected to provide testimony and opinions as set forth within his report.

Dr. Narotzky is expected to testify regarding his education, training and experience. He will

testify regarding Plaintiff Rodney Miears' injuries, and his impressions and conclusions regarding the same. Dr. Narotzky may offer testimony to rebut any medical opinions set forth by Plaintiffs' expert witnesses and will testify consistent with any other issues involving Plaintiff Rodney Miears' injuries, their cause, the diagnosis, the treatments and prognosis. Dr. Narotzky reserves the right to supplement his opinions in this case based upon his review of additional information acquired during discovery or trial, or upon his review of other reports or records of other providers or experts, or upon his examination of Plaintiff.

If Dr. Narotzky is deposed, the contents of his deposition are incorporated herein. His Curriculum Vitae is attached hereto as Exhibit B and incorporated herein; his fee schedule is attached hereto as Exhibit C and incorporated herein; and his List of Testimony is attached hereto as Exhibit D and incorporated herein.

2. **John M. Jansen, Ed.D., CRC**
   **Vocational and Psychological Rehabilitation**
        **and Life Care Planning Services**
   **7761 West Riverside Drive, Suite 120**
   **Boise, ID 83714**
   **(208) 344-4285**

Dr. Janzen is a vocational and psychological rehabilitation and life care planner. He has reviewed materials pertaining to this matter. Dr. Janzen's report is attached hereto as Exhibit E and incorporated herein. He is expected to provide testimony and opinions set forth within his report.

Dr. Janzen is expected to testify regarding his education, training and experience. He will testify regarding the vocational and psychological condition of Plaintiff Rodney Miears, and his impressions and conclusions regarding the same. Dr. Janzen may offer testimony to rebut any vocational and psychological opinions set forth by Plaintiffs' expert witnesses and will testify consistent with any other issue involving Plaintiffs' injuries, their causes, the diagnoses, the treatments and prognoses. Dr. Janzen reserves the right to further supplement his opinions in this

case based upon his review of additional information acquired during discovery or trial, or upon his review of other reports or records of other providers or experts, or upon his examination of Plaintiff.

If Dr. Janzen is deposed, the contents of his deposition are incorporated herein. His Curriculum Vitae is attached hereto as Exhibit F and incorporated herein; his fee schedule is attached hereto as Exhibit G and incorporated herein; and his List of Testimony is attached hereto as Exhibit H and incorporated herein.

3.   **Lew Grill**
     **The Legacy Corporation International**
     **The Legacy Building**
     **1236 Cordova Street**
     **Billings, MT 59101**
     **(800) 457-5744**

Mr. Grill is a trucking industry and truck driving expert. Mr. Grill's expertise includes owner operations, carrier management, driver management, truck driver training, truck driver training program director, compliance with federal and state regulations, and as a consultant for motor carriers and truck driving schools. He has reviewed materials pertaining to this matter. Mr. Grill's report is attached hereto as Exhibit I and incorporated herein. He is expected to provide testimony and opinions as set forth within his report.

Mr. Grill is expected to testify regarding his education, training and experience. He will testify regarding those matters stated in his report, and his experience in the commercial motor vehicle industry and as a driver and manager of commercial motor vehicle drivers. Mr. Grill may offer testimony to rebut any industry standard opinions set forth by Plaintiffs' expert witnesses. Mr. Grill reserves the right to supplement his opinions in this case based upon his review of additional information acquired during discovery or trial, or upon his review of other reports or records of other experts.

If Mr. Grill is deposed, the contents of his deposition are incorporated herein. His

Curriculum Vitae and List of Testimony are attached hereto as Exhibit J and both are incorporated herein; and his fee schedule is attached hereto as Exhibit K and incorporated herein.

  4. Defendant reserves the right to call any rebuttal witness as necessary and as permitted by the Federal Rules of Civil Procedure.

  5. Defendant further reserves the right to designate any witness necessary to lay foundation for any exhibit or document utilized by any named expert; to designate additional medical providers of the Plaintiff which are currently unknown; and to supplement this designation as necessary.

  DATED this 7th day of November 2019.

        _____
        Jeff S. Meyer, WSB No.6-4280
        Schwartz, Bon, Walker & Studer, LLC
        141 South Center, Suite 500
        Casper, WY 82601
        (307) 235-6681 | Fax: (307) 234-5099
        jmeyer@schwartzbon.com
        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    This is to certify that on this 7th day of November 2019, I served a true and correct copy of the above and foregoing via CM/ECF electronic filing upon counsel properly addressed as follows:

Laurence Stinson
Scott Stinson
Stinson Law Group, PC
1421 Rumsey Ave.
Cody, WY 82414
laurence@stinsonlawyers.com

Thomas Keegan
Keegan, Krisjansons, & Miles, PC
1233 Bleinstein Ave.
Cody, WY 82414
t.keegankkmattorneys.com

*Attorneys for Plaintiff*

                                                _____
                                                Jeff S. Meyer