IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| RODNEY MIEARS and MARIAN MIEARS, husband and wife, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 18-CV-225F |
| vs. | ) ) ) | |
| SYSCO MONTANA, INC., | ) ) | |
| Defendant. | ) | |

## STIPULUATED MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiffs, Rodney Miears and Marian Miears, by and through their attorneys, Laurence Stinson of Stinson Law Group, PC and Thomas Keegan of Keegan, Krisjansons, & Miles, PC, and Defendant, Sysco Montana, Inc. by and through its attorney, Jeff S. Meyer of Schwartz, Bon, Walker & Studer, LLC, and hereby move the Court to dismiss the above-referenced matter with prejudice, with each party to bear their own fees and expenses, on the grounds and for the reasons that the Parties have agreed to a settlement and resolution of the claims set forth by the Complaint herein, and it would be in the best interest of justice to do so.

WHEREFORE, the Parties request the Court to dismiss Plaintiffs' Complaint filed against Defendant in the above-captioned matter with prejudice.

RESPECTFULLY SUBMITTED this 23rd day of December 2019.

           s/Laurence Stinson
Laurence Stinson
Stinson Law Group, PC
1421 Rumsey Ave.
Cody, WY 82414
laurence@stinsonlawyers.com

Thomas Keegan
Keegan, Krisjansons, & Miles, PC
1233 Bleinstein Ave.
Cody, WY 82414
t.keegankkmattorneys.com
*Attorneys for Plaintiff*


Jeff S. Meyer, WSB No. 6-4280
Schwartz, Bon, Walker & Studer, LLC
141 S. Center St., Suite 500
Casper, WY 82601
(307) 235-6681 | Fax: (307) 234-5099
jmeyer@schwartzbon.com
*Attorneys for Defendant*