FILED



12:20 pm, 12/23/19

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| RODNEY MIEARS and MARIAN MIEARS, husband and wife, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 18-CV-225F |
| vs. | ) ) | |
| SYSCO MONTANA, INC., | ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Stipulated Motion of the Parties, Plaintiffs, Rodney Miears and Marian Miears, and Sysco Montana, Inc., by and through their respective attorneys, that this matter should be dismissed with prejudice, and good cause having been shown therefore;

IT IS HEREBY ORDERED that the Plaintiffs' claims and lawsuit against Defendant Sysco Montana, Inc., should be and hereby are dismissed with prejudice, with each party to bear their own fees and expenses.

DATED this 23rd day of December 2019.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE